IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOSEPH ALEXANDER,

        Petitioner,

v.                                                   Civil Action No.   1:07cv167
                                                   Criminal Action No. 1:06cr66-1
                                                   (Judge Keeley)

UNITED STATES OF AMERICA,

        Respondent.

## ORDER GRANTING EXTENSION OF TIME

For good cause shown, the respondent's Motion for an Extension of Time to File a Response to the Petition (dckt. 3/97) is **GRANTED**. The respondent shall have until **March 21, 2008**, to file its response.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner and to transmit a copy of this Order to counsel of record by electronic means.

DATED: February 29, 2008.

*John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE